J. S12043/18

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN RE: J.E.W., A MINOR | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| APPEAL OF: S.W., FATHER | : | No. 1745 MDA 2017 |

Appeal from the Decree, October 2, 2017,
in the Court of Common Pleas of Snyder County
Civil Division at No. OC-0003-2017

BEFORE: LAZARUS, J., KUNSELMAN, J., AND FORD ELLIOTT, P.J.E.

MEMORANDUM BY FORD ELLIOTT, P.J.E.:          **FILED APRIL 20, 2018**

This case returns to us from the Court of Common Pleas of Snyder County. S.W. ("Father") appealed from the October 2, 2017 decree entered by the trial court, granting the petition of S.E. ("Mother") and involuntarily terminating Father's parental rights to minor male child, J.E.W., born in January of 2011, pursuant to the Adoption Act, 23 Pa.C.S.A. § 2511(a)(1) and (b). We remanded for the trial court to supplement its Rule 1925(a) opinion to include an analysis under § 2511(b). After careful review, we now affirm the trial court's October 2, 2017 decree.

In its supplemental opinion, the trial court found that there was no evidence of any bond between Father and J.E.W., as Father did not appear for the termination hearing, nor did he provide any explanation for his absence. The trial court further found that J.E.W.'s father figure was Mother's fiancé. The trial court also noted that while Father filed a custody action, he failed to

J. S12043/18

attend a scheduled custody conference, nor did he re-file for custody after his original action was dismissed. These findings are all supported by the record. Accordingly, we affirm the decree entered by the trial court on October 2, 2017.

Decree affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 04/20/18

- 2 -